IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MERCEDES-BENZ GROUP AG,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00607-JRG<br><br>(LEAD CASE) |
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00611-JRG<br><br>(MEMBER CASE) |
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HONDA MOTOR CO., LTD.,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00606-JRG<br><br>(MEMBER CASE) |

## **JOINT MOTION TO DISMISS**

Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff The Phelan Group, LLC ("Phelan"), and Defendant Honda Motor Co., Ltd., (collectively, "Honda") have reached a settlement of the member case 2:23-cv-00606-JRG and have agreed to dismiss the claims, counterclaims, and causes of action between them. Accordingly, by their undersigned attorneys, Plaintiff stipulates

the dismissal, with prejudice of all claims and causes of action asserted against Honda, and Honda stipulates to the dismissal without prejudice of all claims, answers, affirmative defenses and counterclaims.

Under the parties' Settlement Agreement, each party will bear its own legal fees and costs and expenses incurred by or on behalf of said party in connection with this Action. A proposed Order is attached.

Dated: February 14, 2025

Respectfully submitted,

By: */s/ Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Gregory S. Donahue
Texas State Bar No. 24012539
gdonahue@dinovoprice.com
Michael D. French
Texas State Bar No. 24116392
mfrench@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 727-6691

COUNSEL FOR PLAINTIFF THE PHELAN GROUP, LLC

By: */s/ Robert L. Maier*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 – Fax

Robert L. Maier
Robert.maier@bakerbotts.com
Margaret M. Welsh
Margaret.welsh@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500
(212) 408-2501 - fax

Megan LaDriere White
megan.white@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
(214) 953-6500
(214) 953-6503 - fax
COUNSEL FOR DEFENDANT
HONDA MOTOR CO., LTD.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on February 14, 2025.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo