IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MERCEDES-BENZ GROUP AG,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00607-JRG<br><br>(LEAD CASE) |
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00611-JRG<br><br>(MEMBER CASE) |
| THE PHELAN GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HONDA MOTOR CO., LTD.,<br><br>*Defendant.* | CIVIL ACTION NO. 2:23-cv-00606-JRG<br><br>(MEMBER CASE) |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Plaintiff The Phelan Group, LLC's ("Plaintiff") and Defendant Honda Motor Co., Ltd.'s ("Honda"), (collectively "The Parties") Joint Motion to Dismiss. In the Motion, the Parties request that member case 2:23-cv-00606-JRG has been resolved and request dismissal of the claims asserted by The Phelan Group in 2:23-cv-00606-JRG **WITH** prejudice

1

and dismissal of the claims, answers, affirmative defenses and counterclaims asserted by Honda **WITHOUT** prejudice.

The Court, having reviewed this Motion, finds that the motion should be **GRANTED**. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

Having considered the Joint Motion to Dismiss, all claims and causes of action asserted by Plaintiff The Phelan Group against Defendant Honda in member case 2:23-cv-00606-JRG are **DISMISSED WITH PREJUDICE**. All claims, answers, affirmative defenses, counterclaims and causes of action asserted by Defendant Honda against Plaintiff The Phelan Group are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** case 2:23-cv-00606-JRG as no parties or claims remain.

So Ordered and Signed this _____, 2025.

_____
THE HONORABLE RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE